THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Lamar Laguer,       
Appellant.
 
 
 

Appeal From Aiken County
 William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2003-UP-414
Submitted April 18, 2003  Filed June 
 19, 2003 

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Donald J. Zelenka, 
 of Columbia; Barbara R. Morgan, of Aiken; for Respondent.
 
 
 

PER CURIAM: Lamar Laguer was indicted for murder and 
 possession of a firearm during the commission of a violent crime.   Following 
 a jury trial, Laguer was found guilty and sentenced to life imprisonment. 
Counsel for Laguer attached a petition to be relieved to 
 the final brief stating he had reviewed the record and found the appeal to be 
 without merit.  After a review of the record and counsels brief pursuant to 
 Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss [1] Laguers appeal and 
 grant counsels motion to be relieved.
APPEAL DISMISSED.
CURETON, ANDERSON and HUFF, JJ., concur.

 
 [1] Because oral argument would not aid 
 the court in resolving the issues on appeal, we decide this case without oral argument pursuant 
 to Rule 215, SCACR.